E-FILED
Tuesday, 02 February, 2016  09:43:33 AM
Clerk, U.S. District Court, ILCD

IN THE
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| RICARDO HECTOR ABELLAN and TRINIDAD ALBA NAVARRO DE ABELLAN, TRUSTEES OF THE ABELLAN FAMILY TRUST,<br>　　Plaintiffs,<br><br>v.<br><br>HRDS LE ROY IL, LLC and LAVELO PROPERTY MANAGEMENT, LLC,<br>　　Defendants. | Case No. 1:16-cv-01037-MMM-JEH |

### Order

The Plaintiffs' Complaint (Doc. 1) asserts diversity of citizenship as the basis of the Court's subject matter jurisdiction. The allegations of the Complaint do not sufficiently support that assertion.

The Complaint alleges the following information about the parties. The Plaintiffs are residents of the State of California. Defendant HRDS Le Roy IL, LLC is a dissolved Wyoming limited liability company and all of its members are citizens of Wyoming and New York. Defendant Lavelo Property Management, LLC, as successor to HRDS Le Roy, IL, LLC is a Wyoming limited liability company and its members are citizens of Wyoming and New York.

The citizenship of an individual is based upon domicile, not on residence. *America's Best Inns, Inc. v. Best Inns of Abilene, L.P.*, 980 F.2d 1072, 1074 (7th Cir. 1992). Thus, the Plaintiffs' allegation that they are "residents" of California is insufficient to establish diversity jurisdiction under 28 U.S.C. § 1332.

Accordingly, the Plaintiffs are directed to file an amended complaint that adequately alleges the factual basis for this Court's jurisdiction. The amended complaint shall be filed within 14 days of this date.

*It is so ordered.*

Entered on February 2, 2016.

s/Jonathan E. Hawley
U.S. MAGISTRATE JUDGE