UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| **RICARDO HECTOR ABELLAN and TRINIDAD ALBA NAVARRO DE ABELLAN, TRUSTEES OF THE ABELLAN FAMILY TRUST,** | Case No. 1:16-cv-01037-MMM-JEH |
| Plaintiffs, | |
| v. | District Judge Michael M. Mihm |
| **HRDS LE ROY IL, LLC, LAVELO PROPERTY MANAGEMENT, LLC, CSJR PHOENIX AZ, LLC, LEONID CHERNOY, DAVID ZACHARIA, DZ NET LEASE REALTY, LLC, and JC123 HOLDINGS, LLC,** | Magistrate Judge Jonathan E. Hawley  **JURY TRIAL DEMANDED** |
| Defendants. | |

**ORDER GRANTING MOTION TO REGISTER JUDGMENT IN ANOTHER DISTRICT**

On the 1st day of March 2019, the Court considered Plaintiff Ricardo Hector Abellan, in his capacity as Trustee of the Abellan Family Trust's ("Plaintiff" or "Judgment Creditor") Motion to Register Judgment in Another District (the "Motion to Register") against Defendant Lavelo Property Management, LLC ("Lavelo" or "Judgment Debtor"), pursuant to 28 U.S.C. § 1963.

The Court, having considered the Motion to Register, together with any evidence or argument of counsel in connection therewith, finds that the Motion to Register should be GRANTED.

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED** that:

Judgment Debtor Lavelo Property Management, LLC is a limited liability company organized under the laws of the State of Wyoming and whose members are citizens of the State

of New York. Plaintiff is the Judgment Creditor of the Judgment entered August 14, 2018 (ECF Doc. 115), amended on August 30, 2018 (ECF Doc. 129), and amended on November 30, 2018 to award additional relief (ECF Doc. 145) (collectively, the "Judgment"), in the total amount of $2,110,185.13, against Judgment Debtor Lavelo Property Management, LLC.

Since entry of the Judgment, Lavelo has failed to post a supersedeas bond or other bond or security to stay execution on the Judgment or proceedings to enforce it as required by Federal Rule of Civil Procedure 62(b).

By his Motion to Register and pursuant to 28 U.S.C. § 1963, Plaintiff has demonstrated that good cause exists for registration of the Judgment in other districts, so that Plaintiff may enforce the Judgment against Judgment Debtor Lavelo Property Management, LLC.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that:

The Clerk of the Court for the United States District Court for the Central District of Illinois, Peoria Division, in which the Judgment was rendered, is directed to certify that the Judgment is a true and correct copy of the Judgment entered in these proceedings, as it appears of record to this Court, and to issue all certifications and other processes necessary for registration of the Judgment in another district pursuant to 28 U.S.C. § 1963.

**IT IS SO ORDERED.**

Signed this 1st day of March 2019.

s/ Michael M. Mihm
_____
THE HONORABLE MICHAEL MIHM
UNITED STATES DISTRICT COURT JUDGE FOR THE
CENTRAL DISTRICT OF ILLINOIS